**No. 44733.**—Protests 607293–G, etc., of Amberg Schwab & Co., Inc., et al. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44734.**—Protests 706573–G, etc., of Feltex Corp. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise consists of wool hoods and articles similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44735.**—Protests 744327–G, etc., of Monza Mills, Inc. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods and similar articles to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44736.**—Protests 746203–G, etc., of Neuman-Endler Corp. et al. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hat bodies similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 44737.**—Protests 837411–G, etc., of Henry Pollak, Inc. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise consists of wool hoods and similar merchandise to that the subject of *Cohn* v. *United States* (4 Cust. Ct.166, C. D. 314).   The protests were therefore sustained.

**No. 44738.**—Protests 841652–G (B), etc., of O. Yoshizawa Co. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hat bodies, hoods, forms, or shapes the same as those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.